IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-00057-JLK**

**MARLENE ROTHE,
DAVID ROTHE**

      Movants/Defendants,

v.

**THE PEOPLE OF THE STATE OF COLORADO,**

      Respondent/Plaintiff.

---

## ORDER FOR SUMMARY REMAND

---

Kane, J.

      This matter is currently before me on Movant/Defendant's Notice of Removal from State Court (doc. 1). Movant/Defendant seeks to remove Case Numbers 10-33811, 224882, 2010-M-5932 and 10-33-811, 223443, 10-M-6070 from from the County District Court of Jefferson County, Colorado pursuant to 28 U.S.C. § 1446. Movant Defendant alleges that these actions involve substantial federal questions.

      These substantial federal questions aside, Movant/Defendant fails to state any statutory authority for removal. Section 1446 merely provides the procedures that are applicable in removal actions; it does not provide grounds for removal. *Miller v. Lambeth*, 443 F.3d 757, 760 (10th Cir. 2006). Movant/Defendant has failed to establish that he is an officer or agent of the United States being prosecuted for acts taken under color of that office, *see* 28 U.S.C. § 1442(a) and 28 U.S.C. § 1443(2); a member of the armed forces being prosecuted for an act done under color of his office

or status, *see* 28. U.S.C. § 1442a; or a person denied a right arising under a federal law providing for specific civil rights stated in terms of racial equality, 28 U.S.C. § 1443(1). Movant/Defendant's vague claims against Jefferson County law enforcement notwithstanding, "[a] state court defendant's claim that 'prosecution and conviction will violate rights under constitutional or statutory provisions of general applicability or under statutes not protecting against racial discrimination' is insufficient for removal. *Colorado v. Lopez*, 919 F.2d 131, 132 (10th Cir. 1990) (quoting *Johnson v. Mississippi*, 421 U.S. 213, 219 (1975)).

Because § 1446 does not itself create a right of removal, and because Plaintiff has failed to otherwise state grounds for removal, I find that it "clearly appears on the face of the notice and the exhibits annexed thereto that removal should not be permitted." 28 U.S.C. § 1446(c)(4). It is therefore ORDERED that this case is REMANDED summarily to the state court.

Dated: February 14, 2011                     BY THE COURT:

                                             */s/John L. Kane*
                                             Senior U.S. District Judge